UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

CONTINENTAL INSURANCE
COMPANY a/s/o SAM SHAPIRO & CO.,
INC.,

          Plaintiff,

  -against-

UNITED AIRLINES, INC.,

          Defendant.

------------------------------------------------------- X

**ORDER
OF DISCONTINUANCE**

09 Civ. 9226 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within sixty (60) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored. The pre-trial conference scheduled for February 2, 2010 at 4:30 p.m. has been cancelled.

      The Clerk of the Court is directed to close this case.

1

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         January 28, 2010

## - Appearances -

**For Plaintiff:**

James Paul Krauzlis, Esq.
Badiak & Will, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225


**For Defendant:**

George Phillip McKeegan, Esq.
McKeegan & Shearer, P.C
192 Lexington Avenue, 7th Floor
New York, New York 10016
(212) 661-4200